1 | VINCENT K. YIP  (SBN 170665)
vincentyip@paulhastings.com
2 | TERRY D. GARNETT  (SBN 151212)
terrygarnett@paulhastings.com
3 | MAXWELL A. FOX  (SBN 200016)
maxwellfox@paulhastings.com
4 | SANG N. DANG  (SBN 214558)
sangdang@paulhastings.com
5 | PAUL, HASTINGS, JANOFSKY & WALKER LLP
515 South Flower Street
6 | Twenty-Fifth Floor
Los Angeles, CA  90071-2228
7 | Telephone:  (213) 683-6000
Facsimile:  (213) 627-0705

Attorneys for Defendants
PORTABLE PERIPHERAL CO., LTD., ET AL.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| SYSCAN,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>PORTABLE PERIPHERAL CO., LTD., PENPOWER TECHNOLOGY LTD., INC., IMAGE RECOGNITION INTEGRATED SYSTEMS, INC., CARDREADER INC., AND TARGUS INC.,<br><br>　　　　Defendants. | CASE NO. C03-2367 VRW<br><br>**REQUEST OF DEFENDANTS FOR LEAVE TO USE EQUIPMENT IN THE COURTROOM FOR CLAIM CONSTRUCTION HEARING AND [PROPOSED] ORDER REGARDING SAME**<br><br>Date:　　　October 14, 2005<br>Time:　　　9:30 a.m.<br>Place:　　　Courtroom 6, 17th Floor<br>Judge:　　　The Honorable Vaughn R. Walker |

Counsel for Defendants Portable Peripheral Co., Ltd., Image Recognition Integrated Systems, Inc., Cardreader, Inc., and Targus Inc. ("Defendants") hereby request permission to have access to the above-identified courtroom prior to the 9:30 a.m. claim construction hearing set for Friday, October 14, 2005 to set up the equipment enumerated below. Defendants' counsel plan to use the equipment in connection with their presentation at the hearing. Copies of the visual aids Defendants plan to use have already been submitted to the

Court pursuant to section 3.3 of Judge Walker's Standing Order.

Dated: October 11, 2005                         Respectfully submitted,

                                                PAUL, HASTINGS, JANOFSKY & WALKER LLP


                                                By:      /s/ Maxwell A. Fox
                                                            Maxwell A. Fox
                                                Counsel for Defendants
                                                Portable Peripheral Co., Ltd., et al.

## PROPOSED ORDER

Having considered Defendants' request,

IT IS HEREBY ORDERED that counsel for Defendants be allowed access to Courtroom 6 on the 17th floor of the United States District Court located at 450 Golden Gate Avenue, San Francisco, California, before the claim construction hearing scheduled for the morning of Friday, October 14, 2005.

Defendants may bring the following equipment and things into Courtroom 6 for the hearing listed above:

1. Laptop computer(s), projector(s), screen(s);
2. Hardboard demonstrative exhibits, easel(s); and
3. Binders, folders and boxes containing these materials.

IT IS SO ORDERED.

DATED: October ___, 2005

_____
United States Judge Vaughn R Walker