| | |
|---|---|
| 1 | YUNG MING CHOU, ESQ. (No. 172118)<br>chouyung@aol.com |
| 2 | 39111 Paseo Padre Parkway, Suite 207<br>Fremont, California, 94538 |
| 3 | Telephone: (510) 713-8698<br>Facsimile: (510) 713-8690 |
| 4 | |
| 5 | BO-IN LIN, ESQ. (NO. 152105)<br>boinlin@aol.com |
| 6 | 13445 Mandole Drive<br>Los Altos, Ca 94022 |
| 7 | Telephone: (650) 949-0418<br>Facsimile: (650) 949-4118 |
| 8 | Attorneys for Plaintiff |
| 9 | SYSCAN, INC. |

| | | |
|---|---|---|
| 10 | VINCENT K. YIP (SBN 170665)<br>vincentyip@paulhastings.com | MAXWELL A. FOX (SBN 200016)<br>maxwellfox@paulhastings.com |
| 11 | TERRY D. GARNETT (SBN 151212)<br>terrygarnett@paulhastings.com | PAUL, HASTINGS, JANOFSKY &<br>WALKER LLP |
| 12 | JAY C. CHIU (SBN 205385)<br>jaychiu@paulhastings.com | ARK Mori Building, 34th Floor, P.O.<br>Box 577 |
| 13 | PAUL, HASTINGS, JANOFSKY & WALKER LLP | 1-12-32 Akasaka, Minato-ku |
| 14 | 515 South Flower Street<br>Twenty-Fifth Floor | Tokyo 107-6034, Japan<br>Telephone: (+81) 3-6229-6100 |
| 15 | Los Angeles, CA 90071-2228<br>Telephone: (213) 683-6000 | Facsimile: (+81) 3-6229-7100 |
| 16 | Facsimile: (213) 627-0705 | |
| 17 | Attorneys for Defendants<br>PORTABLE PERIPHERAL CO., LTD., ET AL. | |

18

UNITED STATES DISTRICT COURT

19

NORTHERN DISTRICT OF CALIFORNIA

20

SAN FRANCISCO DIVISION

21

| | | |
|---|---|---|
| 22 | SYSCAN, INC.,<br>　　　　Plaintiff, | CASE NO. C03-2367 VRW |
| 23 | vs. | **STIPULATION AND [~~PROPOSED~~] ORDER FOR DISMISSAL WITH PREJUDICE OF THE FIRST AND SECOND COUNTS OF PLAINTIFF SYSCAN, INC.'S COMPLAINT RELATING TO UNITED STATES PATENT NOS. 6,054,707 & 6,275,309 IN WHOLE AND UNITED STATES PATENT NO. 6,459,506 IN PART AND DISMISSAL WITHOUT PREJUDICE OF DEFENDANT'S FIRST THROUGH FOURTH COUNTERCLAIMS** |
| 24 | PORTABLE PERIPHERAL CO., LTD.,<br>PENPOWER TECHNOLOGY LTD.,<br>INC., IMAGE RECOGNITION<br>INTEGRATED SYSTEMS, INC.,<br>CARDREADER INC., AND TARGUS<br>INC., | |
| 25 | | |
| 26 | | |
| 27 | 　　　　Defendants. | |
| 28 | | |

Case No. C03-2367 VRW

1　　　　　　　　　　STIPULATION FOR DISMISSAL

1  Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Syscan, Inc.
2  ("Syscan"), by and through its counsel of record, and Defendants Portable Peripheral Co., Ltd.,
3  Card Reader Inc., Targus Inc., and Image Recognition Integrated Systems, Inc. (collectively
4  "Defendants"), by and through their counsel of record, agree and stipulate as follows:
5  (1) the First and Second Counts of Syscan's Complaint for Patent Infringement and Unfair
6  Competition (the "Complaint") relating to United States Patent No. 6,054,707 (the "'707 Patent")
7  are hereby dismissed with prejudice, as Syscan has withdrawn with prejudice each and every
8  allegation against the Defendants relating to the '707 Patent made in Paragraphs 15-18, 20, 21,
9  and 22-27 of the Complaint;
10  (2) the First and Second Counts of the Complaint relating to United States Patent No.
11  6,275,309 (the "'309 Patent") are hereby dismissed with prejudice, as Syscan has withdrawn with
12  prejudice each and every allegation against the Defendants relating to the '309 Patent made in
13  Paragraphs 15-18, 20, 21, and 22-27 of the Complaint;
14  (3) the First and Second Counts of the Complaint relating to United States Patent No.
15  6,459,506 (the "'506 Patent") with respect to Defendants' A-8 scanners are hereby dismissed with
16  prejudice, as Syscan has withdrawn with prejudice each and every allegation against the
17  Defendants relating to the '506 Patent made in Paragraphs 17-18 of the Complaint and has also
18  withdrawn with prejudice each and every allegation against the Defendants made in Paragraphs
19  20, 21 and 22-27 of the Complaint to the extent that such allegations relate to the manufacture,
20  use, sale, offer for sale or importation into the United States of the A-8 scanners referenced in
21  Paragraphs 17-18 of the Complaint;
22  (4) the First and Second Counterclaims of Defendants' Answer and Counterclaim relating
23  to the '707 Patent are hereby dismissed without prejudice; and
24  (5) the Third and Fourth Counterclaims of Defendants' Answer and Counterclaim relating
25  to the '309 Patent are hereby dismissed without prejudice; and
26  //
27  //
28

Case No. C03-2367 VRW
-2- STIPULATION FOR DISMISSAL

(5) except as set forth in the aforesaid dismissal, each party reserves all other rights it has with respect to the other parties.

DATED: September 14, 2006

By  /s/ Yung Ming Chou
Yung-Ming Chou
Attorneys for Plaintiff
SYSCAN, INC.

DATED: September 19, 2006         PAUL, HASTINGS, JANOFSKY & WALKER LLP

By  /s/ Maxwell A. Fox
Jay C. Chiu
Maxwell A. Fox
Vincent K. Yip
Terry D. Garnett
Attorneys for Defendants
PORTABLE PERIPHERAL CO., LTD., CARD READER INC., TARGUS INC., AND IMAGE RECOGNITION INTEGRATED SYSTEMS, INC.

### ORDER

**IT IS SO ORDERED.**

Dated: _____9/22_____, 2006

_/s/ Vaughn R. Walker_
Vaughn R. Walker
United States District Judge

Case No. C03-2367 VRW

-3-                                          STIPULATION FOR DISMISSAL

# ATTESTATION

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

DATED: September 19, 2006          PAUL, HASTINGS, JANOFSKY & WALKER LLP


By  /s/ Maxwell A. Fox
Jay C. Chiu
Maxwell A. Fox
Vincent K. Yip
Terry D. Garnett
Attorneys for Defendants
PORTABLE PERIPHERAL CO., LTD., CARD READER INC., TARGUS INC., AND IMAGE RECOGNITION INTEGRATED SYSTEMS, INC.

Case No. C03-2367 VRW

-4-                    STIPULATION FOR DISMISSAL