YUNG MING CHOU, Esq. (SBN 172118)
chouyung@aol.com
39111 Paseo Padre Parkway, Suite 207
Fremont, California 94538
Tel.: (510) 713-8698
Fax: (510) 713-8690

BO-IN LIN, ESQ. (SBN 152105)
boinlin@aol.com
13445 Mandole Drive
Los Altos, CA 94022
Tel: (650) 949-0418
Fax: (650) 949-4118

Attorneys for Plaintiff & Counter Defendant
SYSCAN, INC.

VINCENT K. YIP (SBN 170665)
vincentyip@paulhastings.com
TERRY D. GARNETT (SBN 151212)
terrygarnett@paulhastings.com
JAY C. CHIU (SBN 205385)
jaychiu@paulhastings.com
PAUL, HASTINGS, JANOFSKY & WALKER LLP
515 South Flower Street, 25th Floor
Los Angeles, CA 90071-2228
Tel: (213) 683-6100
Fax: (213) 627-0705

MAXWELL A. FOX (SBN 200016)
maxwellfox@paulhastings.com
PAUL, HASTINGS, JANOFSKY & WALKER LLP
ARK Mori Building, 34th Floor, P.O. Box 577
1-12-32 Akasaka Minato-Ku
Tokyo 107-6034, Japan
Tel: (+81) 3-6229-6100
Fax: (+81) 3-6229-7100

Attorneys for Defendants
PORTABLE PERIPHERAL CO., LTD., ET AL.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SYSCAN, INC.<br>       Plaintiff,<br><br>  vs.<br><br>PORTABLE PERIPHERAL CO., LTD., PENPOWER TECHNOLOGY LTD., INC., IMAGE RECOGNITION INTEGRATED SYSTEMS, INC., CARDREADER INC., AND TARGUS INC.<br>       Defendants. | Case No.: C03 02367 VRW<br><br>STIPULATION AND [~~PROPOSED~~] ORDER FOR DISMISSAL WITH PREJUDICE OF PLAINTIFF SYSCAN, INC.'S COMPLAINT AND DISMISSAL WITHOUT PREJUDICE OF DEFENDANTS' COUNTERCLAIMS |

1   Pursuant to Federal Rule of Civil Procedure 41(a)(1) and (c), Plaintiff Syscan, Inc.
2   ("Syscan"), by and through its counsel of record, and Defendants Portable Peripheral Co., Ltd.,
3   Card Reader Inc., Targus, Inc., and Image Recognition Integrated Systems, Inc. (collectively
4   "Defendants"), by and through their counsel of record, agree and stipulate as follows:
5   (1) all remaining Counts set forth in Syscan's Complaint for Patent Infringement and
6   Unfair Competition (the "Complaint") are hereby dismissed with prejudice, as Syscan has
7   withdrawn with prejudice each and every remaining allegations against the Defendants set forth
8   in the Complaint;
9   (2) all remaining Counterclaims set forth in Defendants' Answer and Counterclaims are
10  hereby dismissed without prejudice;
11  //
12  //
13  //
14  //
15  //
16  //
17  //
18  //
19  //
20  //
21  //
22  //
23  //
24  //
25  //
26  //
27  //
28  //

1  (3) each party to bear its own attorney's fees, expenses and costs.

DATED: November 15, 2006

        /s/ Yung-Ming Chou
        Yung-Ming Chou,
        Attorneys for Plaintiff
        SYSCAN, INC.

DATED: November 10, 2006    PAUL, HASTINGS, JANOFSKY & WALKER LLP

        /s/ Jay C. Chiu
        Jay C. Chiu
        Maxwell A. Fox
        Vincent K. Yip
        Terry D. Garnett
        Attorneys for Defendants
        PORTABLE PERIPHERAL CO., LTD., CARD READER INC., TARGUS INC., AND IMAGE RECOGNITION INTEGRATED SYSTEMS, INC.

### **ORDER**

Upon stipulation of the parties, it is ORDERED that this action shall be and hereby is DISMISSED as indicated above.

Dated: __November 21__, 2006

        IT IS SO ORDERED
        Judge Vaughn R Walker
        Vaughn R. Walker
        United States District Judge